## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Complaint |
| Exhibit 2 | Policy |
| Exhibit 3 | Log notes |
| Exhibit 4 | Adjuster's report |
| Exhibit 5 | Letter to Roeder |
| Exhibit 6 | Roeder transcript |
| Exhibit 7 | Telerico transcript |
| Exhibit 8 | Glover transcript |
| Exhibit 9 | Allstate v Harris case |
| Exhibit 10 | State Bar of Michigan v National Union case |
| Exhibit 11 | Nationwide affidavit |
| Exhibit 12 | Summary of Ice Loss at 113 Brad N Chris 2004 |
| Exhibit 13 | Litigation List |
| Exhibit 14 | Tax Tribunal Referee Opinion |
| Exhibit 15 | Land Contract |
| Exhibit 16 | Tax records |
| Exhibit 17 | Pioneer State Mutual Ins v Splan case |
| Exhibit 18 | Glover Report |

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800