UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LOUIS V. TELERICO and
TERRI ROEDER,

        Plaintiffs,

                                            Case Number 11-10702
v.                                       Honorable Thomas L. Ludington

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 42) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

                                                   s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: August 22, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2012
                                s/Tracy A. Jacobs
                                TRACY A. JACOBS